Roger B. Radol, Esq. (7815)
15 Engle Street, Suite 102
Englewood, New Jersey
07631 (201) 567-6557
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**
―――――――――――――――――――x

| | |
|---|---|
| In Re: | **PROCEEDINGS IN CHAPTER 11** |
| WILLIAM F. LOFTUS ASSOCIATES, INC. | Case No.: **11-21250** |
| Debtor(s) | Judge: Hon. Donald H. Steckroth |

―――――――――――――――――――x

## APPLICATION FOR 30-DAY EXTENSION TO FILE

## CHAPTER 11 MISSING SCHEDULES AND PLAN

Roger B. Radol, Esq. hereby state:

1. I am an attorney at law of the State of New Jersey. I make this application on behalf of the Debtor in the instant proceeding.

2. On April 11, 2011, the debtor filed an Emergent Voluntary Petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in order to avoid legal process.

3. Pursuant to a notice from the Court, the Debtors have been given until April 25, 2011, to file the balance of their schedules and plan.

4. As a result of the emergent filing, the Debtor did not have sufficient time to provide this office with Profit and Loss statements and an Operating Budget for his business.

5. Debtor's accountant is in the process of getting this information to the Debtor however efforts have been severely hindered due to tax filings.

**WHEREFORE**, applicant prays that the time for filing Chapter 11 Missing Schedules be extended thirty (30) days from the original deadline and that the Debtor has such other further relief as is deemed just.

DATED:  April 20, 2011                                              */s/ Roger B. Radol*
                                                                                    Roger B. Radol
                                                                                    Attorney for Debtor